IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CANDACE MARTIN**  PLAINTIFF

**V.**  **CASE NO.: 1:16-cv-205-JCG**

**CAROLYN W. COLVIN,**  **DEFENDANT**
*Acting Commissioner of Social Security*

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein,

**IT IS ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**. Judgment is rendered in favor of the Commissioner, and this civil action is dismissed with prejudice.

**SO ORDERED**, this the 6th day of June, 2017.

/s/ *John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE